UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 07-M-25M

MIKAEL STEPANIAN

**MOTION TO WITHDRAW**

Now comes the undersigned, court-appointed counsel for the Defendant Mikael Stepanian, and moves that this Honorable Court permit counsel to withdraw from further representation of Defendant, for the reason that Defendant has advised the undersigned that he has retained Richard Bicki, Esq. and Edward Gerstein, Esq. to represent him in this case.

MIKAEL STEPANIAN
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on March 6, 2007, I filed a copy of this Motion via e-filing, with a copy to AUSA Lee Vilker.

/s/ Judith Crowell, Esq.