AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Mikael Stepanian

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

07-M-25M

Case Number:

I, Mikael Stepanian, charged in a (complaint) (petition) pending in this District with consp to commit credit card fraud in violation of Title 18, U.S.C., 371 + 1028 A(a)(1) + (c)(4) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X [signature]
Defendant

3/6/07
Date

[signature]
Counsel for Defendant