UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 07-94S

MIKAEL STEPANIAN

**ENTRY OF APPEARANCE**

I hereby enter my appearance as local counsel, pursuant to LR Gen 204, on behalf of the Defendant, Mikael Stepanian.

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on June 21, 2007, I mailed a copy of this Entry of Appearance to AUSA Lee Vilker, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.