UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 07-094S

MIKAEL STEPANIAN

**MOTION TO WITHDRAW COUNSEL'S MOTION TO WITHDRAW**

Now comes the undersigned, local counsel for the Defendant Mikael Stepanian, and moves that this Honorable Court permit counsel to withdraw her motion to withdraw from continued representation of Defendant in this case, which was filed on March 6, 2007.

MIKAEL STEPANIAN
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on June 22, 2007, I filed a copy of this Motion via e-filing, with a copy to AUSA Lee Vilker.

/s/ Judith Crowell, Esq.