O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
MIKAEL STEPANIAN

WAIVER OF INDICTMENT

CR 07 094 S

CASE NUMBER:

I, MIKAEL STEPANIAN, the above named defendant, who is accused of

violating 18 USC § 1029(a)(2) and 18 USC § 1028A(a)(1) and (c)(4)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/22/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MIKAEL STEPANIAN
Defendant

Counsel for Defendant

Before David L Martin
Judicial Officer
USMJ 6-22-07