**Form 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff(s)

v. Dkt. No.________________

MIKAEL STEPANIAN
Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Defendant MIKAEL STEPANIAN hereby moves that BARRY E. SCHULMAN be admitted PRO HAC VICE in the above case as counsel with local identified below.

MIKAEL STEPANIAN
(Defendant)

By: BARRY E. SCHULMAN
Bar ID No.: 1072123
Address: 16 COURT STREET
BROOKLYN, NY 11241

DATED: June 19, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of NEW YORK ________________ and of the following Federal District Court and /or Court of Appeals Bar(s) EASTERN DISTRICT OF NEW YORK, SOUTHERN DISTRICT OF NEW YORK, SECOND CIRCUIT, UNITED STATES SUPREME COURT, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had *my pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any casein this District during the past 12 months. (If you have appeared for *pro hac vice* admission during the past 12 months, please provide the date(s), case name (s) and name(s) of the judge(s) who presided).

**Form 1( cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Barry E. Schulman
Signature ~~of Pro~~ *Hac Vice* Applicant

BARRY E. SCHULMAN — Print Name — 1072123 State Bar ID#

LAW OFFICE OF BARRY E. SCHULMAN, ESQ. — Firm Name

16 COURT STREET, SUITE 2901
BROOKLYN, NEW YORK 11241 — Business Address

(718) 855-8855 Tel.# — (718) 857-1768 Fax #

I certify that I have read and join in the motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Judith Crowell — Print Name — 1983 R.I. Bar ID#

Firm and Business Address
128 Dorrance St
4th Floor
Providence, RI 02903
Tel.# 272-6600 Fax.# 274-0175

---

**ORDER**

This motion is hereby Granted

District Judge
Date: 7/5/07