UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 07-94S

MIKAEL STEPANIAN

**CORRECTED MOTION FOR CONTINUANCE**

Now comes the Defendant Mikael Stepanian and respectfully requests that this Honorable Court continue the previously-scheduled sentencing date of November 2, 2007 to **Thursday, December 6, 2007** at 9:30 a.m. Counsel for the Government, AUSA Lee Vilker, is aware of this motion and has no objection.

MIKAEL STEPANIAN
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on October 26, 2007, I filed a copy of this Motion via e-filing, with a copy to AUSA Lee Vilker.

/s/ Judith Crowell, Esq.