UNITED STATES VS. MIKAEL STEPANIAN
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
C.R. No. 07-94-015

NOTICE OF APPEAL

MIKAEL STEPANIAN HEREBY NOTICES THE COURT OF HIS APPEAL OF HIS SENTENCE POSED ON DECEMBER 6 2007.

MIKAEL STEPANIAN.

[signature]

12-14-2007.

CC:

A.U.S.-LEE VILKER
50 KENNEDY PLAZA
PROVIDENCE, RI 02903

To, federal Building & courthouse.

Due to holiday schedule and lack of officers working through holiday season my appeal letter that I sent out to you on 12-14-07 was not mailed out. Today is 12-28-07 and I was told by Captain Clancy to re-send the appeal notice. So please consider my situation and accept this appeal.

Sincerely,
Mikael Stepanyan.
12-28-07.

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 133424 DATE 12-14-07

NAME STEPANIAN MIKAEL
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE F2070

I. [X] POSTAGE AMOUNT

1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL CERTIFIED MAIL
4. OTHER ______

TOTAL $ ______

IV [ ] WORK RELEASE

RENT FOR WEEK AMOUNT

OF ___ TO ___ $ ______

EXPENSE PAYMENT FOR WEEK

OF ___ TO ___ $ ______

TOTAL $ ______

II. [ ] DRAW CHECK / CASH FOR $ ______

FEDERAL BUILDING & COURTHOUSE
NAME
ONE EXCHANGE TERRACE
ADDRESS
PROVIDENCE, RI 02903
CITY OR TOWN
N/A
RELATIONSHIP

PERSON ON VISITING LIST [ ] YES [X] NO

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

OK Capt. Cone DSC 12/18/07

VERIFIED ______
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES CERTIFIED MAIL.

[ ] APPROVED [ ] DENIED ______ ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT COR-

RECTIONAL INSTITUTIONS BUSINESS OFFICE.

______
INMATES SIGNATURE

______
RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY