# United States Court of Appeals
## For the First Circuit

---

No. 08-1053
DC#: 07-00094

UNITED STATES,

Appellee,

v.

MIKAEL STEPANIAN,

Defendant-Appellant.

---

**ORDER OF COURT**

Entered: January 17, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon review of the record in this case, it appears that this appeal should be dismissed because the notice of appeal, filed in CR No. 07-00094 (D. R.I.) seeking to appeal the sentence entered on December 11, 2007, is late. See Fed. R. App. P. 4(b) (notice of appeal in criminal case must be filed within ten days of judgment or order appealed from).

The notice of appeal, however, was filed within the thirty days immediately following that ten-day period. See Fed. R. App. P. 4(b). The district court, upon a showing of excusable neglect or good cause, may enlarge the time for filing a notice of appeal filed within that thirty-day period. Accordingly, we transmit the notice of appeal to the district court for a ruling whether the district court will enlarge the time for filing an appeal and will consider this notice of appeal timely filed. Copies of the district court's decision shall be forwarded to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[Certified Copy: Honorable William E. Smith, David DiMarzio,
Clerk of Court for the District of Rhode Island]

[cc: Barry Schilman, Judith Crowell, Lee Vilker, Mikael Stepanian]