IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-094-S |
| | : | |
| MIKAEL STEPANIAN | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO FILE A NOTICE OF APPEAL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Lee H. Vilker, Assistant United States Attorney, and hereby responds to the Defendant's Motion to File a Notice of Appeal as follows.

The Government does not object to defendant's motion to file a notice of appeal as the earlier notice was either timely filed or any delay was excusable.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/LEE H. VILKER
LEE H. VILKER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:lee.vilker@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 15th day of February, 2008, I caused the within Government's Response to Defendant Motion to File a Notice of Appeal to be filed electronically and it is available for viewing and downloading from the ECF system.

Barry E. Schulman, Esq.
16 Court Street, Suite 2901
Brooklyn, NY 11241

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
Lee.vilker@usdoj.gov