UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES, Plaintiff, | : | |
| v. | : | No. 07-CR-0094 S |
| MIKAEL STEPANIAN, Defendant. | : | |

ORDER

Before the Court is the issue of whether the notice of appeal filed in the above-titled action is timely. On December 11, 2007, Defendant Mikael Stepanian was sentenced by this Court and judgment was entered against him. On January 4, 2008, Defendant's notice of appeal was filed, well beyond the ten day appeal period prescribed by Fed. R. App. P. 4(b)(1), but within the thirty days immediately following that ten day period. Accordingly, this Court may enlarge the time for filing the appeal in this matter upon a showing of excusable neglect or good cause. Fed. R. App. P. 4(b)(4). The Government in this case does not object to the Defendant's motion to file a notice of appeal.

In his affidavit, dated February 8, 2008, Defendant, who is currently incarcerated, described his efforts to timely file his notice of appeal with the prison authorities at the Rhode Island Department of Corrections Adult Correctional Institution ("ACI") on or about December 14, 2007. For reasons beyond the control of the Defendant, his notice of appeal was not mailed by prison officials until December 29, 2007, or days thereabout, and was not docketed

until January 4, 2008. Pursuant to Fed. R. App. P. 4(c)(1), when the appellant is an inmate confined to an institution, timely filing of a notice of appeal is effectuated when "notice is deposited in the institution's internal mail system on or before the last day for filing." Timely filing is shown by a declaration in compliance with 28 U.S.C. § 1746. Id.; See also Houston v. Lack, 487 U.S. 266, 276 (1988).

Under the circumstances, as declared by Defendant in his affidavit, and pursuant to Fed. R. App. P. 4(b),(c) this Court finds that Defendant's notice of appeal was timely, and that any delay was the product of excusable neglect.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 2/28/08